# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| **JEFF TRACY, INC., et al.**<br><br>   **Plaintiffs,**<br><br>vs.<br><br>**SCOTTSDALE INSURANCE COMPANY, et al.,**<br><br>   **Defendants.** | **Case No.: SACV 14-1532-DOC (ANx)**<br><br>**ORDER TO SHOW CAUSE WHY PLAINTIFF'S COUNSEL SHOULD NOT BE HELD IN CONTEMPT** |

The scheduling conference in this case was scheduled for and held on December 1, 2014. Plaintiff's counsel John K. Saur failed to appear without giving advance notice and despite multiple attempts by the Court to contact him.

Accordingly, the Court ORDERS as follows:

1. On or before **December 15, 2014**, Mr. Sauer shall file a written statement explaining why he should not be held in contempt for failure to appear at the scheduling conference. The statement shall be no more than 5 pages.

2. Mr. Saur is ordered to appear before the Court on **December 22, 2014, at 8:30 a.m.**

DATED: December 1, 2014

*David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE