JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| **JEFF TRACY, INC., et al.** <br> **Plaintiffs,** <br><br> vs. <br><br> **SCOTTSDALE INSURANCE COMPANY, et al.,** <br> **Defendants.** | Case No.: SACV 14-1532-DOC (ANx) <br><br> **ORDER DISMISSING CASE** |

The scheduling conference in this case was scheduled for and held on December 1, 2014. Plaintiff's counsel John K. Saur failed to appear without giving advance notice and despite multiple attempts by the Court to contact him. *See* Minutes of Scheduling Conference, Dec. 1, 2014 (Dkt. 8). Consequently, the Court ordered the Mr. Saur to file a written statement by December 15, 2014 explaining why he should not be held in contempt for failure to appear at the scheduling conference. The Court also ordered Mr. Saur to appear before the Court on December 22, 2014, at 8:30 a.m. *See* Order to Show Cause, Dec. 1, 2014 (Dkt. 9). To date, Mr. Saur has not filed any written statement. Nor did he appear at the hearing on December 22, 2014.

1  Accordingly, pursuant to Local Rule 41-5, the Court DISMISSES Plaintiff's case for
2  want of prosecution.

4  DATED: December 23, 2014

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE