NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

JS-6

1 MEKA MOORE (SBN 180017)
mmoore@selmanbreitman.com
2 ELISABETH M. D'AGOSTINO (SBN 251179)
edagostino@selmanbreitman.com
3 TIMOTHY J. MCFEELY (SBN 293864)
tmcfeely@selmanlaw.com
4 SELMAN BREITMAN LLP
11766 Wilshire Blvd., Sixth Floor
5 Los Angeles, CA 90025-6538
Telephone: 310.445.0800
6 Facsimile: 310.473.2525

Attorneys for Defendants SCOTTSDALE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF TRACY, INC. dba LAND FORMS LANDSCAPING CONSTRUCTION and JEFF TRACY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTTSDALE INSURANCE COMPANY; and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No. 8:14-cv-01532-DOC-AJW<br><br>JUDGMENT [113]<br><br>Date: November 30, 2015<br>Time: 8:30 a.m.<br>Judge: Hon. David O. Carter<br>Dept.: 9-D<br><br>Trial Date: February 23, 2016 |

This action came on for hearing before the Court on November 30, 2015, Hon. David O. Carter, Judge Presiding on the Motion for Summary Judgment or, in the alternative, Partial Summary Judgment in favor of Scottsdale Insurance Company. The evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

IT IS ORDERED, ADJUDGED AND DECREED THAT DEFENDANT

1

671154.1 380.37029

SCOTTSDALE INSURANCE COMPANY have judgment as follows:

1.    On the Supplemental Complaint of Jeff Tracy, Inc. dba Land Forms Landscaping Construction and Jeff Tracy (collectively, "Land Forms"), Scottsdale Insurance Company is granted summary judgment in its entirety, with judgment entered in Scottsdale's favor and against Land Forms;

2.    Scottsdale never had a duty to defend or indemnify Land Forms with respect to the underlying lawsuit styled, *Jeff Tracy, Inc. v. City of Pico Rivera*, Los Angeles County Superior Court Case No. VC063151, as more fully set forth in the Court's Order Re: Cross Motions For Summary Judgment And Defendant's Motion for Sanctions attached hereto as <u>Exhibit 1</u>;

3.    Plaintiffs Jeff Tracy, Inc. dba Land Forms Landscaping Construction and Jeff Tracy shall take nothing by way of their complaint;

4.    ~~Scottsdale is the prevailing party with respect to this matter and, therefore, is entitled to recover its costs of suit in the sum of $_____;~~

4.    This Court shall retain jurisdiction of this matter for the purposes of enforcing the below outstanding sanctions awarded to Scottsdale and against Land Forms which have not been paid:

    a) $2,772.80 awarded pursuant to Docket No. 107.

    b) $4,370.00 awarded pursuant to Docket No. 109.

    c) $3,000.00 awarded pursuant to Docket No. 111.

Dated: December 17, 2015    */s/ David O. Carter*

    Hon. David O. Carter
    United States District Court Judge